DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

POPE v. DEAL

No. 202 PC.

Case below: 39 N.C. App. 196.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 March 1979.

SCHILLING v. KUSH-N-KART

No. 15 PC.

Case below: 39 N.C. App. 501.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 March 1979.

SHOPPING CENTER v. GLENN

No. 198 PC.

Case below: 39 N.C. App. 67.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 March 1979.

SNOW v. POWER CO.

No. 23 PC.

No. 113 (Spring Term).

Case below: 39 N.C. App. 350.

Petition by plaintiffs for discretionary review under G.S. 7A-31 allowed 6 March 1979.

STATE v. BLACK

No. 17 PC.

Case below: 39 N.C. App. 501.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 March 1979.